1
2
3
4
5
6
7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TAHEE ABDULLAH RASHEED,                1:11-cv-01898-DLB (HC)

12                                          ORDER TRANSFERRING CASE TO THE
                                            UNITED STATES DISTRICT COURT FOR
13                 Petitioner,              THE NORTHEN DISTRICT OF
                                            CALIFORNIA
14   vs.

15   C. GIPSON,

16                 Respondent.

17   _____/

18

19          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

20   U.S.C. § 2254.

21          The federal venue statute requires that a civil action, other than one based on diversity

22   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside

23   in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise

24   to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or

25   (3) a judicial district in which any defendant may be found, if there is no district in which the action may

26   otherwise be brought." 28 U.S.C.  §  1391(b).

27          In this case, the petitioner is challenging a conviction from San Francisco County, which is in the

28   Northen District of California.  Therefore, the petition should have been filed in the United States District

                                              -1-

Court for the Northern District of California.  In the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northen District of California.


IT IS SO ORDERED.

Dated:   **November 22, 2011**                    **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

-2-